**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 14-7260

───────────

KENNETH H. NEWKIRK,

                    Plaintiff - Appellant,

          v.

WILLIAM SHAW, Judge/Try Cases; KEVIN P. SHA, Lawyer/Suppose
to Defend Accusers; CARTER PHILLIPS, Lawyer/Suppose to
Defend,

                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:14-cv-00426-HEH-MHL)

───────────

Submitted: November 18, 2014      Decided: November 21, 2014

───────────

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kenneth H. Newkirk, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth H. Newkirk appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint with prejudice under 28 U.S.C. § 1915(e)(2)(B) (2012) and 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Newkirk v. Shaw, No. 3:14-cv-00426-HEH-MHL (E.D. Va. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED